**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM GRUPP ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No. 25-1334** |
| | ) | |
| **INTERIM WARDEN SHANE DADY** | ) | |
| **and DISTRICT ATTORNEY OF** | ) | |
| **ALLEGHENY COUNTY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Patricia L. Dodge for

pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and

Rule 72 of the Local Rules for Magistrate Judges. On June 4, 2026, the Magistrate Judge issued a

Report and Recommendation, ECF No. 11, recommending granting Defendants' Motion to

Dismiss Petitioner William Grupp's  Petition for Writ of Habeas Corpus as moot. Objections to

the Report and Recommendation were due by June 18, 2026, for the electronically registered

Defendants, and by June 22, 2026, for the non-electronically registered Petitioner.[1] *See* 28 U.S.C.

§ 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed. After de

novo review of the pleadings and the documents in the case, together with the Report and

Recommendation, the following order is entered:

---

[1] Petitioner has not filed Objections, but it appears that he may not have received the Report and recommendation. A copy was timely mailed to Mr. Grupp at his address of record in Allegheny County Jail, but the Court's mailing was returned, not deliverable as addressed and unable to be forwarded. If Petitioner has been released and is living somewhere else, it is his burden to inform the Court of an updated address.

2

AND NOW, this 27th day of July 2026, it is ORDERED that the Report and Recommendation, ECF No. 11, filed on June 4, 2026, by Magistrate Judge Dodge, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that, for the reasons explained in the Report, that Defendants' Motion to Dismiss Petitioner's Habeas Petition, ECF No 10, is GRANTED. Petitioner's Habeas Petition is dismissed as moot, and a certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

WILLIAM GRUPP
28856
ALLEGHENY COUNTY JAIL
950 Second Avenue
Pittsburgh, PA 15219

2